COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Gordon L. Bradford
Louisiana State Penitentiary
R.C. Dorm
Angola LA 70712

**REHEARING ACTION: July 14, 2010**

**Docket Number: 09   01545-KH**

**STATE OF LOUISIANA
VERSUS
GORDON L. BRADFORD**

**Writ Application from Lafayette Parish Case No. 46721**

BEFORE JUDGES:

Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing en banc filed by **Gordon L. Bradford** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent